IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-10876
_____

D.C. Docket No. 9:14-cv-80425-BSS


EVETT L. SIMMONS,
in her capacity as Guardian of the
Property of Dontrell Stephens,

                                        Interested Party - Appellant
                                        Cross Appellee,


DONTRELL STEPHENS,

                                        Plaintiff - Appellant
                                        Cross Appellee,


versus

RIC BRADSHAW,
Sheriff of Palm Beach County, Florida,
ADAMS LIN,
Deputy Sheriff, individually,

                                        Defendants - Appellees
                                        Cross Appellants,


PALM BEACH COUNTY SHERIFF'S OFFICE,

                                        Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before ED CARNES, Chief Judge, TJOFLAT, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, and GRANT, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court not having voted in favor of granting a rehearing en banc, it is ORDERED that this case will not be reheard en banc.